UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDUL H. YAMINI, SR.,

Defendant.

Case No. 3:12-cr-37-3

Judge Timothy S. Black

### ORDER DECLARING PROPERTY FORFEITABLE

The United States requests that this Court find vehicles owned by Defendant Yamini to be forfeitable. (Doc. 71). Specifically, the United States claims that Defendant's 2006 Chevrolet Equinox, VIN: 2CNDL63F366189699 and 2009 Ford Escape Sport Utility, VIN: 1FMCU03709KB40217 are forefeitable pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(c), 28 USC § 2461(c), and 31 U.S.C. § 5317(c)(1). (*Id.*) Defendant Yamini was required to oppose the Government's request for forfeiture on or before October 4, 2012, but failed to do so.

Accordingly, this Court hereby **DECLARES** that Defendant Yamini's 2006 Chevrolet Equinox and 2009 Ford Escape Sport Utility are subject to forefeiture.

**IT IS SO ORDERED**

Date: 10/5/12

*Timothy S. Black*
Timothy S. Black
United States District Judge