UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-37-1 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| AL-IDU AL-GAHEEM, | |
| Defendant. | |

**ORDER TERMINATING BASHIRAH AL-GAHEEM'S MOTION FOR RETURN OF PROPERTY (Doc. 92) AS MOOT**

This case is before the Court on Verified Statement of Interest and Claim by Bashirah Al-Gaheem, which the Court construes as a Motion for the Return of Property. (Doc. 92). On April 4, 2013, the Government filed a Notice (Doc. 115) stating that it reached an agreement with Bashirah Al-Gaheem resolving the forfeiture dispute and that it will not be seeking a final order of forfeiture in this criminal case as to the $6,600 and $340 in United States currency previously listed in the Preliminary Order of Forfeiture (Doc. 84). Based on the resolution reached by the parties in the related civil forfeiture case, the Court **TERMINATES** the Motion (Doc. 92) as **MOOT.**

**IT IS SO ORDERED.**

Date:  April 15, 2013  
*s/ Timothy S. Black*  
Timothy S. Black  
United States District Judge