UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Case No. 3:12-cr-37-3 |
| Plaintiff, : | Judge Timothy S. Black |
| vs. : | |
| ABDUL H. YAMINI, SR., : | |
| Defendant. : | |

**ORDER**

This case is before the Court on the issue of forfeiture. On December 3, 2012, the Court entered a Preliminary Order of Forfeiture of Defendant Abdul H. Yamini, Sr.'s Assets. (Doc. 91). That Order included two vehicles: (1) a 2006 Chevrolet Equinox, VIN No. 2CNDL63F366189699; and (2) a 2009 Ford Escape Sport Utility, VIN No. 1FMCU03709KB40217. At sentencing, the Court reserved a decision on the issue of forfeiture of the vehicles. On March 15, 2013, the Government filed a Notice stating that it would not seek a final order of forfeiture with regard to the aforementioned vehicles. Accordingly, based on the Government's representations, the 2006 Chevrolet Equinox (VIN No. 2CNDL63F366189699) and the 2009 Ford Escape Sport Utility (VIN No. 1FMCU03709KB40217) shall not be forfeited.

**IT IS SO ORDERED.**

Date: April 15, 2013                     *s/ Timothy S. Black*
                                          Timothy S. Black
                                          United States District Judge