## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12CR37-1 |
| Plaintiff, | : | Judge Timothy S. Black |
| v. | : | |
| AL IDU AL-GAHEEM, | : | |
| Defendant. | : | |

### FINAL ORDER OF FORFEITURE OF DEFENDANT AL IDU AL-GAHEEM'S FIREARMS AND AMMUNITION

WHEREAS, on November 6, 2012, this Court entered a Preliminary Order of Forfeiture (Doc. 84) ordering the forfeiture, pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c), 31 U.S.C. § 5317(c)(1), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) of the following Firearms and ammunition (hereinafter referred to as the "Firearms"):

  a. Smith & Wesson Firearm, SN: AJV7358;
  b. Taurus Firearm, SN: 395752 and ammunition;
  c. Smith & Wesson Firearm, SN: 8594568310 and ammunition; and
  d. Browning Firearm, SN: 420532 and ammunition;

WHEREAS, the United States published notice of this forfeiture action against the Firearms and the intent of the United States to dispose of the Firearms in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Firearms, beginning on November 7, 2012 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc. 123); and

WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Firearms in the ancillary hearing (Doc. 124); and

WHEREAS, no timely petition has been filed to the Firearms; and

WHEREAS, the defendant was sentenced on December 31, 2012 and a Judgment (Doc. 98) was entered ordering the forfeiture of the Firearms; and

WHEREAS, the Court finds that defendant had an interest in the Firearms; the United States has established the requisite nexus between the Firearms and the offense; and the United States has established that the Firearms are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c), 31 U.S.C. § 5317(c)(1), 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on November 7, 2012 (Doc. 84), ordering the forfeiture pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c), 31 U.S.C. § 5317(c)(1), of the following Firearms, which includes:

- a. Smith & Wesson Firearm, SN: AJV7358;
- b. Taurus Firearm, SN: 395752 and ammunition;
- c. Smith & Wesson Firearm, SN: 8594568310 and ammunition; and
- d. Browning Firearm, SN: 420532 and ammunition;

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Firearms are hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the Firearms; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the Firearms is hereby authorized to dispose of the Firearms in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 5/22/2013

_____
TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE